# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No. 1:14-cv-01344---SAB |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME TO SERVE DEFENDANT |
| v. | |
| JULIET MARISA LEON, | |
| Defendant. | |

On December 24, 2014, the Court ordered Plaintiff J & J Sports Productions, Inc. ("Plaintiff") to file a briefing regarding their inability to serve Defendant Juliet Marisa Leon ("Defendant") within the 120 day time limit set by Federal Rule of Civil Procedure 4(m). On January 9, 2015, Plaintiff filed a brief describing its efforts to locate and serve Defendant. Plaintiff requests an extension of time to effectuate service.

The Court will grant Plaintiff an extension up to and including March 26, 2015 to serve Defendant. If Defendant has not been served by March 26, 2015, Plaintiff shall file a brief on or before April 1, 2015 demonstrating good cause to further extend the deadline for service. Any further request for extension must be accompanied by a detailed explanation of the efforts used to locate Defendant and identifying what future efforts Plaintiff has planned to locate and serve Defendant.

/ / /

1

Based upon the foregoing, it is HEREBY ORDERED that Plaintiff's request for an extension is GRANTED. Plaintiff shall serve Defendant on or before March 26, 2015. If Defendant has not been served by March 26, 2015, Plaintiff shall file a brief as described above on or before April 1, 2015.

IT IS SO ORDERED.

Dated: **January 20, 2015**

UNITED STATES MAGISTRATE JUDGE