# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No. 1:14-cv-01344---SAB |
| Plaintiff, | ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS WITHIN THIRTY DAYS |
| v. | |
| JULIET MARISA LEON, | (ECF No. 19) |
| Defendant. | |

Plaintiff J & J Sports Productions, Inc. ("Plaintiff") filed this action on August 28, 2014. (ECF No. 1.) On February 27, 2015, Plaintiff filed a notice of settlement informing the Court that this action has been settled in its entirety. (ECF No. 17.)

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED;
2. Plaintiff shall file dispositional documents within thirty (30) days of the date of service of this order; and
3. The Clerk of the Court is directed to assign a Fresno District Judge to this action.

IT IS SO ORDERED.

Dated: **March 2, 2015**

UNITED STATES MAGISTRATE JUDGE

1