UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J&J SPORTS PRODS., INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**JULIET MARISA LEON, dba EL CENTENARIO BAR,**<br><br>Defendant. | 1:14-cv-1344-LJO-SAB<br><br>**ORDER RE STIPULATION TO DISMISS (DOC. 19)** |

On March 31, 2015, the parties filed a stipulation to dismiss without prejudice this entire action under Fed. R. Civ. P. 41(a)(1).[1] Doc. 19 at 1. Based on the parties' stipulation for dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES without prejudice this entire action and all claims;

2. VACATES all pending dates and matters; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

   Dated:   **April 1, 2015**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE

---

[1] The parties' request will be construed to have been brought under Fed. R. Civ. P. 41(a)(1)(A)(ii).

1